# UNITED STATES DISTRICT COURT
for the

JERAMY LEE BAKER )
P.O. Box 1773, Kenai, AK 99611 )
_____ )
*Petitioner* )
v. )  Case No. 3:24-CV-00120-JMK
STATE OF ALASKA )  *(Supplied by Clerk of Court)*
 )
 )
_____ )
*Respondent*
*(name of warden or authorized person having custody of petitioner)*


RECEIVED
JUN 06 2024
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: JERAMY LEE BAKER
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: ALASKA PRE-TRIAL SERVICES
   (b) Address: 6410 Debarr Road, Northeast Anchorage, Anchorage, Alaska 99504.
   (c) Your identification number: #525696

3. Are you currently being held on orders by:
   ☐ Federal authorities   ☑ State authorities   ☐ Other - explain: _____

4. Are you currently:
   ☑ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: _____
   (b) Docket number of criminal case: _____
   (c) Date of sentencing: _____
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

    ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

    ☑ Pretrial detention

    ☐ Immigration detention

    ☐ Detainer

    ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

    ☐ Disciplinary proceedings

    ☐ Other (explain): _____

6. Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court: Nesbett Courthouse: 825 W 4th Ave Anchorage, AK 99501

    (b) Docket number, case number, or opinion number: 3AN - 21- 02545 CR

    (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): I am contesting the I am contesting the pretrial detainment and the indictment that has resulted in my being held for trial, all based on unfounded charges.

    (d) Date of the decision or action: May 16, 2024

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?
    ☑ Yes     ☐ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: Alaska Court of Appeals

    (2) Date of filing: May 20, 2024

    (3) Docket number, case number, or opinion number: A-14477 - Petition for review

    (4) Result: Review Denied.

    (5) Date of result: May 31, 2024

    (6) Issues raised: 1. Fabrication of evidence, challenging the fairness of the trial.

    2. Due process violations, questioning the procedural integrity of the legal proceedings.

    3. Police misconduct by illegal searches, infringing upon Fourth Amendment rights.

    4. Lack of conclusive evidence, casting doubt on the grounds for indictment and detainment.

(b) If you answered "No," explain why you did not appeal: _____

_____

8. **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?
    ☐ Yes ☒ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised:

    _____

    _____

    (b) If you answered "No," explain why you did not file a second appeal: _____

    _____

9. **Third appeal**

    After the second appeal, did you file a third appeal to a higher authority, agency, or court?
    ☐ Yes ☒ No

    (a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised:

    _____

    (b) If you answered "No," explain why you did not file a third appeal:   I didn't file a third appeal because my goal is to stop the July 1, 2024 trial and defend my Fourth Amendment rights.

10. **Motion under 28 U.S.C. § 2255**

    In this petition, are you challenging the validity of your conviction or sentence as imposed?

    ☐ Yes       ☒ No

    If "Yes," answer the following:

    (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

        ☐ Yes       ☐ No

        If "Yes," provide:

        (1) Name of court:

        (2) Case number:

        (3) Date of filing:

        (4) Result:

        (5) Date of result:

        (6) Issues raised:

    (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

        ☐ Yes       ☐ No

        If "Yes," provide:

        (1) Name of court:

        (2) Case number:

        (3) Date of filing:

        (4) Result:

        (5) Date of result:

        (6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody: _____

(b) Date of the removal or reinstatement order: _____

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____

      (4) Result: _____
      (5) Date of result: _____
      (6) Issues raised: _____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ☑ No

If "Yes," provide:

(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

_____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** The use of fabricated evidence, which undermines the integrity of the legal process and constitutes a direct assault on my right to a fair trial.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

1. Presentation of False Documents: Evidence presented against me included documents that were falsified.

2. Tampering with Physical Evidence: Physical evidence used in the case was altered or manipulated to fit the narrative of the prosecution.

3. False Testimony: Witnesses were coerced or otherwise influenced to provide misleading or untrue statements during the proceedings.

4. Misrepresentation of Facts: Facts surrounding the case were intentionally misrepresented to weaken my defense and mislead the court.

5. Creation of Nonexistent Evidence: Evidence cited in legal arguments or hearings was fabricated, having no basis in reality.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes          ☐ No

**GROUND TWO:** Substantial due process lapses, which deprived me of the procedural protections that are guaranteed under the Constitution.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

1. Withheld Exculpatory Evidence: Prosecution kept back potential clearing or blame-reducing evidence.

2. Denied Hearing: I was not given a fair opportunity to be heard or to challenge evidence.

3. Judicial Bias: There were concerns about the impartiality of the judiciary that were not addressed.

4. Restricted Evidence Access: I was denied access to crucial evidence against me.

5. Rushed Process: The procedures are expedited, compromising my ability to prepare a defense.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes          ☐ No

**GROUND THREE:** Conducting unlawful searches, which breached my Fourth Amendment rights against unreasonable searches and seizures.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

1. I received phone calls from officials who proceeded to interrogate me without prior notice or an opportunity to seek legal counsel.

2. During the phone calls, I was not informed of my Miranda rights, including the right to remain silent or the right to an attorney.

3. Coercive Questioning: The nature of the phone interrogation was aggressive and potentially coercive, without the safeguard of an attorney present.

4. My conversation were recorded without my approval or legal authorization, violating my privacy and due process rights.

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes          ☐ No

**GROUND FOUR:** Lack of conclusive evidence, casting doubt on the grounds for indictment and detainment.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

1. Inconclusive Proof: The evidence presented does not definitively prove my involvement or guilt.
2. Insufficient Evidence: The case against me is built on weak, inadequate, or circumstantial evidence.
3. Questionable Grounds: The justification for my indictment and detainment is dubious due to the lack of firm evidence.
4. Evidentiary Gaps: Significant gaps in the prosecution's case leave the charges against me unsubstantiated.

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes  ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

### Request for Relief

15. State exactly what you want the court to do: Grant my immediate release from detention and dismiss the charges against me with prejudice, preventing any further prosecution on these grounds.

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
June 1, 2024

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: June 1, 2024

_Signature of Petitioner_

_Signature of Attorney or other authorized person, if any_

Print   Save As...   Reset