

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| JERAMY LEE BAKER<br>Petitioner,<br><br>Vs.<br><br>STATE OF ALASKA<br>Respondent. | §<br>§<br>§ Appellate Case No. A-14477<br>§<br>§ Federal Case No. 3:24-CV-00120-JMK<br>§<br>§<br>§ |

Superior Court Case No. 3AN-21-02545 CR

### EMERGENCY MOTION FOR STAY OF STATE COURT PROCEEDINGS

COMES NOW, Petitioner, I, Jeramy Lee Baker, invoking the authority of 28 U.S.C. § 2241, and pursuant to the precedents of Ruckelshaus v. Monsanto Co., 463 U.S. 1315 (1983), and Nken v. Holder, 556 U.S. 418, 426 (2009), hereby submit this Emergency Motion for an order to immediately stay state court proceedings presently scheduled for trial on July 1, 2024, in the Superior Court, Case No. 3AN-21-02545CR. I am compelled to file this Motion due to extraordinary circumstances related to grave constitutional violations that urgently require federal intervention to prevent significant and irreparable harm to my constitutional rights.

IN SUPPORT OF THIS EMERGENCY MOTION, THE PETITIONER ASSERTS THE FOLLOWING:

1. Imminent Threat and Extraordinary Circumstances: The state trial set to commence on July 1, 2024, if allowed to proceed, will irreparably harm my rights, as the trial is significantly tainted by constitutional violations, including falsified evidence and perjury by law enforcement officials.

2. Urgency and Need for Immediate Relief: The trial date's close proximity creates an urgent need for this Court's immediate intervention to prevent the execution of a potentially unlawful trial, preserving my right to a fair adjudication under federal oversight.

3. Preservation of Federal Review and Jurisdiction: The issues presented in my habeas corpus petition are substantial and involve core constitutional rights that merit thorough

Case 3:24-cv-00120-SLG   Document 2   Filed 06/14/24   Page 1 of 2

examination by this federal court prior to any state court judgments that might otherwise render federal review ineffective.

4. Avoidance of Conflicting Judgments: Granting an immediate stay is essential to prevent potentially conflicting judgments between state and federal courts, thus preserving judicial resources and ensuring consistent legal determinations regarding my constitutional rights.

## PRAYER FOR RELIEF

WHEREFORE, based on the foregoing, I, urgently request that this Honorable Court grant this Emergency Motion for Stay of State Court Proceedings, enjoining the Respondent from proceeding with the trial scheduled for July 1, 2024, in the Superior Court, Case No. 3AN-21-02545CR, until such time as this Court has ruled on my pending habeas corpus petition.

I further request expedited consideration of this Motion and any other relief this Court deems just and proper in the circumstances.

Dated this 12th of June, 2024, in Kenai, Alaska.

Respectfully submitted,

/s/ *Jeramy L. Baker*
Jeramy L. Baker

## DECLARATION

I, Jeramy Lee Baker, solemnly affirm under the legal implications of perjury as dictated by the laws of the United States of America, that to the best of my knowledge and belief, all the preceding statements are truthful and accurate.

Executed on June 12th, 2024.

Respectfully, /s/Jeramy L. Baker
Jeramy L. Baker
P.O. Box 1773
Kenai, Alaska 99611

Page 2 of 9

Case 3:24-cv-00120-SLG   Document 2   Filed 06/14/24   Page 2 of 2