P.O. BOX 1773
Kenai AK 99611
(907) 953-5060


JUL 22 2024
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Jeramy Lee Baker
Plaintiff/Petitioner,

vs.

State of Alaska
AKA Pretrial Services
Defendant(s)/Respondent.

Case No. 3:24-CV-00120-JMK

NOTICE OF APPEAL

NOTICE is hereby given that Jeramy Lee Baker,
(Name of Appellant)

representing him/herself, hereby appeals to the United States Court of Appeals for the

Ninth Circuit from the Order of Dismissal
(Final Judgment or Order)

entered in this action on the 22nd day of July, 2024.

DATED July 22nd, 2024

(Signature of Appellant)

P.O. Box 1773
Kenai AK. 99611
(907) 953-5060
(Address & Telephone)

PS14 (06/09)  Appeal Notice

Case 3:24-cv-00120-SLG   Document 9   Filed 07/22/24   Page 1 of 1